| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Cowen, Robert E. | 2. Court or Organization  U.S. Court of Appeals 3rd Cir. | 3. Date of Report  04/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  402 E. State Street Room 207 Trenton, NJ 08608 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 APR 20 A 10: 59 DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | State of New Jersey |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. New York Intellectual Property Law Assn. | March 28 - 29, 2008 | New York, NY | Dinner | Dinner in Honor of the Federal JJudiciary Meals, Hotel Travel Expenses |
| 2. George Mason Univ. Law & Economics Center, Civil Society | April 11 - 17, 2008 | La Jolla, CA | Educational Seminar | George Mason Univ. Law & Economics Center |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcoa (Common Stock) | A | Dividend | J | T | | | | | |
| 2. American International Group, Inc. (Common Stock) | A | Dividend | | | Sold | 9/16 | J | | |
| 3. Applied Materials | A | Dividend | J | T | Buy | 4/09 | J | | |
| 4. AT & T (Common Stock) | A | Dividend | J | T | | | | | |
| 5. Chevron Texaco Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 6. Cisco Systems (Common Stock) | | None | K | T | | | | | |
| 7. Citigroup, Inc. (Common Stock) | A | Dividend | | | Sold | 10/09 | J | D | |
| 8. Colgate Palmolive (Common Stock) | A | Dividend | K | T | | | | | |
| 9. Conoco Phillips (Common Stock) | A | Dividend | J | T | | | | | |
| 10. Deere & Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 11. Dell Computer (Common Stock) | | None | J | T | | | | | |
| 12. Dodge & Cox International Stock Fd. (Mutual Fund) | A | Dividend | K | T | | | | | |
| 13. EMC Corp. (Common Stock) | | None | J | T | | | | | |
| 14. Emerson Electric (Common Stock) | A | Dividend | J | T | Buy | 12/01 | J | | |
| 15. ExxonMobil (Common Stock) | A | Dividend | K | T | | | | | |
| 16. FedEx Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 17. General Electric (Common Stock) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/14/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 19. Ishares, DJ Select Index FD | | None | J | T | Buy | 2/07 | J | | |
| 20. Johnson & Johnson (Common Stock) | A | Dividend | K | T | | | | | |
| 21. JP Morgan Chase (Common Stock) | A | Dividend | J | T | | | | | |
| 22. McDonalds Corp. (Common SStock) | A | Dividend | J | T | | | | | |
| 23. Medtronic Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 24. Merrill Lynch (Common Stock) | A | Dividend | | | Sold | 9/15 | J | | |
| 25. Microsoft Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 26. Nokia (Sponsored ADRs) | A | Dividend | J | T | | | | | |
| 27. Pfizer, Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 28. Proctor & Gamble (Common Stock) | A | Dividend | J | T | | | | | |
| 29. Public Service Enterprise Group Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 30. Target Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 31. United Technologies (Common Stock) | A | Dividend | J | T | Buy | 12/01 | J | | |
| 32. Trust #1 | D | Int./Div. | N | T | | | | | |
| 33. Middlesex County Impt. Auth. (Municipal Bond) | B | Interest | | | Matured | 7/01 | K | | |
| 34. Eaton-Vance Tax Free (Municipal Fund) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Eaton-Vance Tax Free (Municipal Fund) | A | Interest | J | T | | | | | |
| 36. Merrill-Lynch Capital Trust (Preferred Stock) | A | Interest | J | T | | | | | |
| 37. N.J. Econ. Dev. Auth. Water Fac. 11-01-34 | A | Interest | J | T | | | | | |
| 38. N.J. Healthcare Fac. 7-01-19 | A | Interest | J | T | | | | | |
| 39. N.J. Educational Fac. 7-01-34 | A | Interest | K | T | Buy | 5/15 | K | | |
| 40. N.J. Healthcare Kennedy Health Center 7-01-31 | A | Interest | J | T | | | | | |
| 41. Middlesex Cty NJ CTFS 6-15-23 | A | Interest | J | T | | | | | |
| 42. N.J. Econ. Dev. Auth. 5-15-25 | A | Interest | | | Redeemed | 5/15 | K | | |
| 43. N.J. Healthcare Fac. St. Barnabas 7-01-28 | A | Interest | J | T | | | | | |
| 44. Port Auth. NY & NJ 7-15-26 | A | Interest | J | T | | | | | |
| 45. N.J. State Higher Ed. 6-01-30 | A | Interest | J | T | Buy | 9/22 | J | | |
| 46. Board of Education, Princeton Regional Schools | B | Interest | K | T | | | | | |
| 47. Indiana State Housing 7-01-26 | A | Interest | J | T | | | | | |
| 48. Indiana State Housing 7-01-26 | A | Interest | J | T | Redeemed (part) | 7/01 | J | | |
| 49. N.J. Environmental Infra. Tr. 9-01-19 | B | Interest | K | T | | | | | |
| 50. Ft. Lee NJ Impt. G/O 2-15-15 | A | Interest | K | T | | | | | |
| 51. Antelope Valley | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Antelope Valley | A | Interest | J | T | | | | | |
| 53. Cumberland Cty Gen. Impt G/O | A | Interest | J | T | Buy | 1/07 | J | | |
| 54. Oregon St. Dept. Admin. | A | Interest | K | T | Buy | 7/03 | J | | |
| 55. Passaic Cty N.J. College 11-01-19 | A | Interest | J | T | Buy | 1/09 | J | | |
| 56. Federal Home Loan 4-02-14 | A | Interest | J | T | | | | | |
| 57. GMAC 9-15-11 | A | Interest | J | T | | | | | |
| 58. Oppenheimer NJ Muni Fd. CL A | A | Interest | J | T | | | | | |
| 59. Evergreen Municipal Bond Fund CL B | A | Interest | J | T | | | | | |
| 60. Evergreen Municipal Bond Fund CL C | A | Interest | J | T | | | | | |
| 61. American Funds Tax Exempt Bond Fd. CL C | A | Interest | J | T | | | | | |
| 62. Certificates of Deposit | B | Interest | K | T | Buy | 9/23 11/24 12/17 | K | | |
| 63. Treasury Notes - Various Maturities | D | Interest | M | T | | | | | |
| 64. IRA #1 | B | Int./Div. | L | T | | | | | |
| 65. - Blackrock Funds Large Cap CL A | A | Dividend | J | T | | | | | |
| 66. - Bridgeway FD Inc. Mutual Fund | A | Dividend | | | Sold | 10/20 | J | | |
| 67. ← Calamos Growth FD | A | Dividend | J | T | Buy | 10/21 | J | | |
| 68. - Forward FDs Inc. Hoover Mini Cap FD | | Dividend | | | Sold | 10/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Forward FDs Inc. Hoover Small Cap FD | | Dividend | | | Sold | 10/20 | J | | |
| 70. - Harbor Small Cap Value FD | A | Dividend | | | Sold | 10/20 | J | | |
| 71. - DWS Dreman Small Cap FD | A | Dividend | J | T | Buy | 10/21 | J | | |
| 72. - Harbor International | A | Int./Div. | J | T | Buy | 10/21 | J | | |
| 73. - Hotchkiss & Wiley FDs | A | Dividend | J | T | | | | | |
| 74. - John Hancock Classic Value FD | A | Dividend | J | T | Buy | 10/21 | J | | |
| 75. - Julius Baer INVT FDs | | Dividend | | | Sold | 10/20 | J | | |
| 76. - Keeley Small Cap Value FD | | Dividend | | | Sold | 10/20 | J | | |
| 77. - Kinetics Paradigm FD - INST | | Dividend | J | T | | | | | |
| 78. - Legg Mason Value Trust Mutual Fund | | Dividend | J | T | | | | | |
| 79. - Oppenheimer Intl. Growth | A | Dividend | J | T | Buy | 10/21 | J | | |
| 80. - Quantative Group Fd. | A | Dividend | J | T | | | | | |
| 81. - RS Investment FDS | A | Dividend | J | T | Buy | 10/21 | J | | |
| 82. - Statuit Capital Micro - Lap Fund | | Dividend | | | Sold | 10/20 | J | | |
| 83. - Security Equity FD | A | Dividend | J | T | Buy | 10/21 | J | | |
| 84. - TCW Galileo FDs Inc. Mutual Fund | | Dividend | | | Sold | 10/20 | J | | |
| 85. - T. Rowe Price Mid Cap FD | A | Dividend | J | T | Buy | 10/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Wells Fargo FDS TR Mutual Fund | | Dividend | J | T | | | | | |
| 87. - Touchstone Large Cap FD | | Dividend | J | T | Buy | 10/21 | J | | |
| 88. - Cambiar Opportinity FD | A | Dividend | J | T | | | | | |
| 89. - Goldman Sacks TR Money Market | A | Interest | J | T | | | | | |
| 90. - Columbia Funds TR CL A | | Dividend | | | Sold | 10/20 | J | | |
| 91. - Alger FDS | | Dividend | J | T | | | | | |
| 92. - Artio Intl. | | Dividend | J | T | Buy | 10/21 | J | | |
| 93. - Dodge & Cox Intl Stock Fund | | Dividend | | | Sold | 10/20 | J | | |
| 94. - Ivy FD | | Dividend | | | Sold | 1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 04/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. By letter dated September 29, 1989, Chairman Pratt, after receiving Judicial Ethics Committee authority advised me that in Section VII I need only disclose aggregate income and value information for the above-referenced trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544